UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENDEN G. GLINTON,

    Petitioner,

                       Case No. 8:11-CV-717-T-23MAP
                                 8:04-CR-186-T-23MAP

                                 8:11-CV-718-T-30TGW
                                 8:07-CR-361-T-30TGW

UNITED STATES OF AMERICA,

    Respondent.

_____/

O R D E R

    This cause comes on for consideration of Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (8:11-CV-717 D-1; 04-CR-186 D-84 and 8:11-CV-718 D-1; 07-CR-361 D-167).[1]

    The Court finds a response to Petitioner's § 2255 motion is warranted. Pursuant to the pending civil cases, it is not necessary to keep the motion pending in the criminal files.

    It is therefore ORDERED that:

    1)    The Clerk is directed to terminate Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (04-CR-186 D-84 and 07-CR-361 D-167) in

---

[1] Petitioner filed a single § 2255 motion and memorandum addressing his convictions and sentences in both of his underlying criminal cases.

the criminal actions.

2) All parties are directed to use the civil case numbers (8:11-CV-717-T-23MAP and 8:11-CV-718-T-30TGW) on all subsequent filings pertaining to Petitioner's § 2255 motion.

3) The Government shall file a responsive memorandum of law to Petitioner's § 2255 motion within thirty **(30)** days of the date of this order.

DONE AND ORDERED at Tampa, Florida this 7th day of April, 2011.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE